**No. 10-8412. In re Robert Norman Smithback, Petitioner.**

562 U.S. 1215, 131 S. Ct. 1538, 179 L. Ed. 2d 365, 2011 U.S. LEXIS 1229, ▮

February 22, 2011. Petition for writ of mandamus denied.

**No. 09-10807. Cecil Howard, aka Alonzo Whitehead, Petitioner v. Washington State Prison, et al.**

562 U.S. 1252, 131 S. Ct. 1558, 179 L. Ed. 2d 365, 2011 U.S. LEXIS 1139.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 852, 131 S. Ct. 111, 178 L. Ed. 2d 68, 2010 U.S. LEXIS 6142.

**No. 10-394. Geoffrey Willard Atwell, Petitioner v. Jerome W. Walsh, Superintendent, State Correctional Institution at Dallas, et al.**

562 U.S. 1252, 131 S. Ct. 1559, 179 L. Ed. 2d 365, 2011 U.S. LEXIS 1288.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1063, 131 S. Ct. 653, 178 L. Ed. 2d 481, 2010 U.S. LEXIS 9386.

**No. 10-411. William M. Windsor, Petitioner v. Maid of the Mist Corporation, et al.**

562 U.S. 1252, 131 S. Ct. 1559, 179 L. Ed. 2d 365, 2011 U.S. LEXIS 1274.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1064, 131 S. Ct. 655, 178 L. Ed. 2d 482, 2010 U.S. LEXIS 9157.

**No. 10-524. Ronald D. Morgan, Petitioner v. Town of Mineral, Virginia.**

562 U.S. 1252, 131 S. Ct. 1559, 179 L. Ed. 2d 365, 2011 U.S. LEXIS 1247.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1109, 131 S. Ct. 831, 178 L. Ed. 2d 558, 2010 U.S. LEXIS 9769.

**No. 10-556. Suresh Badrinauth, Petitioner v. MetLife Corporation, et al.**

562 U.S. 1252, 131 S. Ct. 1559, 179 L. Ed. 2d 365, 2011 U.S. LEXIS 1146.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1110, 131 S. Ct. 834, 178 L. Ed. 2d 559, 2010 U.S. LEXIS 9747.

**No. 10-571. Harold B. Rotte, Petitioner v. Internal Revenue Service, et al.**

562 U.S. 1252, 131 S. Ct. 1559, 179 L. Ed. 2d 365, 2011 U.S. LEXIS 1277.

February 22, 2011. Petition for rehearing denied.

Former decision, 562 U.S. 1110, 131 S. Ct. 835, 178 L. Ed. 2d 559, 2010 U.S. LEXIS 9643.